UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ,  21-cv-4223 (JGK)

        Plaintiff,  ORDER

- against -

MAZDA MOTORS OF AMERICA, INC.,

        Defendants.

JOHN G. KOELTL, District Judge:

The defendant shall answer, move, or otherwise respond to the plaintiff's complaint by July 16, 2021, and the parties shall submit a Rule 26(f) report by July 30, 2021. The conference scheduled for 3:00 pm on Tuesday, July 13, 2021 is canceled.

SO ORDERED.

Dated:    New York, New York
           July 9, 2021

                                        John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-2021