大成 **DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

July 30, 2021

*Parties to submit a
Rule 26 (f) Report by 8/30/21.
So ordered.
7/30/21    John G. Koeltl U.S.D.J.*

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Sanchez v. Mazda Motors of America, Inc., Case No. 1:21-cv-04223-JGK, Joint Request for Extension of Time to File Rule 26(f) Report*

Dear Judge Koeltl:

We represent defendant Mazda Motors of America, Inc. ("Defendant") in the above-referenced matter. Together with plaintiff Cristian Sanchez, we jointly and respectfully move the Court to extend the parties' deadline to submit a Rule 26(f) report by July 30, 2021 (Dkt. 9) to a date and time of the Court's convenience at a time following Defendant's deadline to respond, currently August 16, 2021. (Dkt. 12.)

The deadline for the parties to submit the Rule 26(f) report was set on July 9, 2021 (Dkt. 9) in connection with the response deadline of July 16, 2021 (Dkt. 9). However, the Court has since extended the response deadline to August 16, 2021 (Dkt.12) pursuant to the parties' request and no scheduling conference has yet been set.

Therefore, parties jointly request that the Rule 26(f) report filing deadline be extended. This will facilitate the parties' efforts to communicate regarding plaintiff's allegations and directly confer regarding the voluntary dismissal of all claims asserted in this action without further litigation.

We thank the Court for its attention to this matter.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/30/2021_

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_Active\118673735\V-1