大成 **DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 12, 2021

**VIA ECF**

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*

11/12/21

John G. Koeltl, U.S.D.J.

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Sanchez v. Mazda Motors of America, Inc., Case No. 1:21-cv-04223-JGK*

Dear Judge Koeltl:

We represent defendant Mazda Motors of America, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we respectfully move the Court to stay all case deadlines in this action for forty five (45) days, from November 12, 2021 to December 27, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms